**UNITED STATES of America, Plaintiff-Appellee,**

v.

**William A. WHITE, Defendant-Appellant.**

No. 17-6741

United States Court of Appeals, Fourth Circuit.

Submitted: January 9, 2018

Decided: January 22, 2018

William A. White, Appellant Pro Se. Laura Day Rottenborn, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

Before MOTZ, KING, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William A. White appeals the district court's orders denying his Fed. R. Crim. P. 33 motion for a new trial and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. White*, No. 7:13-cr-00013-GEC-1, 2016 WL 3570661 (W.D. Va. Jun. 27, 2016 & Apr. 28, 2017). We also deny White's motion to correct a clerical error. We dispense with oral argument because the facts and legal contentions are adequately presented in

the materials before this court and argument would not aid the decisional process.

*AFFIRMED*